UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULES STAN TUCKER,<br><br>  Plaintiff,<br><br>v.<br><br>JASON F. MOHAN, Bristol County Assistant District Attorney, et al.,<br><br>  Defendants. | Civil Action No. 24-12494-MJJ |

## ORDER

April 16, 2025

JOUN, D.J.

  Plaintiff Jules Stan Tucker, ("Mr. Tucker" or "Plaintiff") who is proceeding *pro se*, initiated this action on September 30, 2024, by filing a Complaint, [Doc. No. 1], and a Motion for Leave to Proceed *In Forma Pauperis*, [Doc. No. 2]. At that time, this action was randomly assigned to a Magistrate Judge. [Doc. No. 3]. Because one of the parties to this action refused to consent to the jurisdiction of the Magistrate Judge, on April 1, 2025, this action was randomly reassigned to the undersigned District Judge. [Doc. No. 25].

  On March 19, 2025, prior to this action being reassigned, the Magistrate Judge denied without prejudice Mr. Tucker's Motion for Leave to Proceed *In Forma Pauperis*. [Doc. No. 21]. Mr. Tucker was granted until April 9, 2025, to (1) either pay the filing fee or file a renewed Motion for Leave to Proceed *In Forma Pauperis*, and (2) file any response to the pending motions to dismiss. [*Id.*].

On March 27, 2025, Mr. Tucker filed a notice of change of address. [Doc. No. 24]. At that time, the Clerk mailed a copy of the Magistrate Judge's Order to Mr. Tucker at his new address.

In light of Mr. Tucker's change of address and the recent reassignment of the case, the Court hereby orders:

(1)     This Court will extend the deadline to May 16, 2025, for Mr. Tucker to (1) either pay the filing fee or file a renewed Motion for Leave to Proceed *In Forma Pauperis*, and (2) file any response to the pending motions to dismiss. Failure to timely reply to this Court's Order may result in dismissal of this action.

(2)     Failure to comply with the directives in this Order will likely result in dismissal of this action.

SO ORDERED.

/s/ Myong J. Joun_____
United States District Judge